

**Dated: December 3, 2018**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

IN RE: THOMAS D. WALTON      )     CASE NO. 16-11895-JDL
                              )
                              )
          Debtor(s).    )     Chapter 13

**AGREED ORDER RESOLVING TRUSTEE'S MOTION TO CONVERT TO CHAPTER 7**
**AND DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN, AND**
**<u>AWARDING ATTORNEY COMPENSATION</u>**

       This matter comes for consideration upon the Trustee's Motion to Convert Case to Chapter 7 filed herein on the 18th day of September/2018 and the Debtor's Motion to Modify Chapter 13 Plan filed herein on the 2nd day of November/2018. Upon representation of the Trustee's counsel and the Debtor's counsel, said motions were mailed to all interested parties pursuant to Local Bankruptcy Rule 9007.

       An objection to the Trustee's Motion to Convert to Chapter 7 was filed and served by the Debtor and no response was filed and served as to the Debtor's Motion to Modify. The parties in interest have reached an agreement as to the issues involved in this matter.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Trustee's Motion to Convert is hereby resolved.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Debtor shall be allowed to increase his Chapter 13 Plan payments to $6,420.00 per month beginning with his November/2018 Plan payment and remain the same until his Chapter 13 Plan is complete.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Debtor's Plan payments shall be treated as current through October/2018.

**IT IS ALSO ORDERED, ADJUDGED AND DECREED** that the Debtor's attorney shall be awarded $450.00 for his fees and costs involved in resolving this matter.

**All findings of fact and conclusions are based upon representation of counsel for the Debtor.**

####

Approved for Entry:

/s/Linda Ruschenberg
Linda Ruschenberg OBA #12842
321 Dean A. McGee Ave
P.O. Box 1948
Oklahoma City, Oklahoma 73101-1948
13trustee@chp13okc.com
(405) 236-4843 Office
(405) 236-1004 Fax
**ATTORNEY FOR THE CHAPTER 13 TRUSTEE**

/s/Dekovan L. Bowler
Dekovan L. Bowler OBA #15193
BOWLER & ASSOCIATES, P.C.
8333 S.E. 15th St.
Midwest City, Oklahoma 73110
dlbowler@hotmail.com
(405) 733-3000 Office
(405) 455-3558 Fax
**ATTORNEY FOR THE DEBTOR**